I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 5/27/2011

DEPUTY CLERK

JS6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY 27 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ROBERT GARBER,

    Petitioner,

vs.

THE SUPERIOR COURT OF LOS ANGELES COUNTY,

    Respondent.

Case No. CV 10-6694-DDP (RNB)

**J U D G M E N T**

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is summarily dismissed for lack of subject matter jurisdiction.

DATED: May 23, 2011

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

I hereby attest and certify on 5/27/2011 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK